AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Francis Wiley

V.

Dan Salomone, Commissioner

**JUDGMENT IN A CIVIL CASE**

Case Number:   05cv998  (PAM/RLE)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant Dan Salomone's Motion to Dismiss is Granted; Plaintiff Robert Wiley's claims against Defendant Dan Salomone are Dismissed with prejudice; and Plaintiff;s Motion to Dismiss is Denied as moot.
Judgment is entered.

|  |  |
|---|---|
| September 15, 2005 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/JoAnn Hoadley |
| (By) | JoAnn Hoadley,   Deputy Clerk |

Form Modified:  09/16/04